IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEWAYNE BULLS,

      Plaintiff,

    v.

FEDERAL BUREAU OF
INVESTIGATION, et al.,

      Defendants.

2:23-CV-01954-CCW

## **ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 3, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 8, recommending that the Complaint, ECF No. 7, be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) as frivolous and because it fails to state a claim. The R&R further concluded that amendment would be futile. Service of the R&R was made on the parties, and Plaintiff has filed Objections. *See* ECF No. 9.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, it hereby is **ORDERED** that the Complaint, ECF No. 7, is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's R&R, ECF No. 8, is adopted as the Opinion of the District Court.

**IT IS SO ORDERED**.

DATED this 21st day of April, 2025.

BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge




cc (via ECF email notification):

All Counsel of Record


cc (via US mail):

Dewayne Bulls
*Pro se*
700 Second Ave.
Pittsburgh, PA 15219